UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MASTERFILE CORPORATION, | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | C.A. NO. 4:15-cv-1186 |
| | § | |
| ECLIPSE ROOFING, LLC | § | |
| *Defendant* | § | **DEMAND FOR JURY TRIAL** |
| | § | |

## COMPLAINT

PLAINTIFF, MASTERFILE CORPORATION, through its attorneys, brings this complaint for copyright infringement and alleges as follows:

## PARTIES

1. PLAINTIFF, MASTERFILE CORPORATION ("Masterfile"), is a Canadian corporation with its principal place of business 3 Concorde Gate, Fourth Floor, Toronto, Ontario, Canada M3C 3N7.  Masterfile is a stock image licensing agency in the business of licensing reproduction and display rights in images to users for a fee.

2. On information and belief, DEFENDANT ECLIPSE ROOFING, LLC ("Eclipse") is a limited liability company registered with the Texas Secretary of State, Texas File Number 0801288127, with a registered address of 17301 Aldenwilds Lane, Richmond, TX 77407-2637.  Eclipse may be served through its registered agent and member, Ashley Choate, at 1020 Brand Lane, Apt. 913, Stafford, TX 77477.

## JURISDICTION AND VENUE

3.     This action arises under the Federal Copyright Act of 1976, as amended, 17 U.S.C. §§ 101, et seq.  Jurisdiction is founded on 28 U.S.C. §§ 1331 and 1338(a).

4.     This Court has personal jurisdiction over Defendant by virtue of its presence in this District, as well as its transacting, doing, and soliciting business in this District.

5.     Venue is proper under 28 U.S.C. §§ 1391(b)(1) and (2) and 1400(a).

## FACTS COMMON TO ALL CAUSES OF ACTION

6.     In 2002, Masterfile obtained the exclusive assignment of the copyright in one (1) image identified by Masterfile as Image No. 700-00089568 (the "Image"), as shown below:



2

7. Masterfile has complied in all respects with the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*, as amended, and all other laws and regulations governing copyrights and has secured the exclusive rights and privileges in and to the copyright for the Image. The Register of Copyrights for the U.S. Copyright Office issued Masterfile a Certificate of Registration for the copyright to the Image, number VA 1-166-519, effective September 20, 2002, attached as Exhibit A.

8. In or about February 2013, Masterfile became aware that Defendant was reproducing and displaying the Image, once in its entirety and once as a cropped version, at the websites located at www.eclipseroofhouston.com and at http://www.eclipseroofhouston.com/aboutus.html (collectively, the "Website"), as shown below:





9.      Upon information and belief, the Defendant controls, owns, and operates the Website, through which it advertises its services and solicit customers.

10.     On or about February 21, 2013, Masterfile provided notice via a letter sent by FedEx to Defendant that the Image appeared on the Website without authorization of Masterfile or the law.

11.     Defendant refused to pay retroactive license fees to Masterfile for the unauthorized use of the Image on the Website.

12. On March 11, 2013, Masterfile received a letter from an attorney, Oscar Michelen ("Michelen"), stating that he represented Eclipse in this matter.

13. On April 30, 2014, Masterfile retained an attorney who, between April 30, 2014, and the filing of this complaint, contacted Michelen more than twenty times by email correspondence in an attempt to resolve Masterfile's claims against Eclipse, but Michelen never responded.

14. Defendant has never been licensed or authorized to reproduce or display the Image on the Website.

15. The Image is an original work of authorship fixed in a tangible medium of expression from which it can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device, and as such is protected by copyright.

16. At all times relevant to this action, Masterfile was the sole and exclusive owner of all right, title, and interest in and to the copyright in the Image.

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT

17. Masterfile re-alleges and incorporates by reference paragraphs 1 through 16 above.

18. On information and belief, Defendant had access to the Image through the Internet.

19. Without Masterfile's authorization, Defendant reproduced and publicly displayed Masterfile's copyrightable work in violation of 17 U.S.C. § 501.

20. Defendant's reproduction and display of the Image are substantially similar to the Image.

21. Defendant has not compensated Masterfile for its reproduction or display of the Image.

22. Defendant's conduct violates the exclusive rights belonging to Masterfile as owner of the copyright for the Image, including without limitation, Masterfile's exclusive rights under 17 U.S.C. § 106.

23. Defendant's conduct violates the exclusive rights belonging to Masterfile as owner of the copyright for the Image, including without limitation, Masterfile's exclusive rights under 17 U.S.C. § 106.

24. As Masterfile first discovered Defendant's reproduction and display of the Image in or around February 2013, Masterfile's claims are within the three-year statute of limitations period pursuant to 17 U.S.C. § 507(b).

25. As a direct and proximate result of its wrongful conduct, Defendant has realized and continues to realize profits and other benefits rightfully belonging to Masterfile for the Image. Accordingly, Masterfile seeks an award of actual damages and profits against Defendant plus attorneys' fees and costs pursuant to 17 U.S.C. §§ 504(b) and 505.

26. In the alternative, Masterfile is entitled to and seeks statutory damages against Defendant for its wrongful conduct, including attorneys' fees and costs pursuant to 17 U.S.C. §§ 504(c)(1) and 505.

27. Defendant's infringement of the Image was willful and performed with knowledge that the reproduction and display of the Image were unauthorized; Masterfile is therefore entitled to the recovery of enhanced statutory damages pursuant to U.S.C. § 504(c)(2).

## SECOND CLAIM FOR RELIEF
## DECLARATORY JUDGMENT

28. Masterfile adopts and incorporates paragraphs 1 through 27 above.

29. An actual controversy has arisen between Masterfile and Defendant. Masterfile desires a judicial determination that: (1) Masterfile owns all rights, title and interest in the Image; (2) that Defendant had no license or permission to reproduce or display; (3) that Defendant infringed Masterfile's copyright when Defendant reproduced and displayed the Image on the Website; (4) and that Defendant has no present or future rights to reproduce, display, distribute, or create a derivative work of the Image.

## THIRD CLAIM FOR RELIEF
## ATTORNEYS' FEES AND COSTS

30. Plaintiff adopts and incorporates paragraphs 1 through 29 above.

31. Due to the unlawful actions by Defendant, it has become necessary for Masterfile to retain the services of the undersigned Texas attorney to prosecute its claims. Masterfile is entitled to payment of its reasonable and necessary attorney's fees and costs from Defendant.

## PRAYER

For the reasons stated herein, Plaintiff respectfully requests that this Honorable Court:

32. Order that Defendant's unauthorized conduct violates Masterfile's rights under the Federal Copyright Act at 17 U.S.C. §101, *et seq.*;

33. Order Defendant to account to Masterfile for all gains, profits, and advantages derived by Defendant from the unauthorized uses of the Image;

34. Award Masterfile all profits and damages against Defendant in such amount as may be found pursuant to 17 U.S.C. § 504(b) (with interest thereon at the highest legal rate) for the Defendant's unauthorized reproduction and display, distribution of Masterfile's copyright in the Image; alternatively, maximum statutory damages against Defendant in the amount of $30,000 for the infringement pursuant to 17 U.S.C. § 504(c)(1); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

35. Alternatively, award Masterfile maximum statutory damages against Defendant in the amount of $150,000 for each unauthorized violation of 17 U.S.C. § 106 pursuant to 17 U.S.C. § 504(c)(2); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

36. Award Masterfile its costs of litigation, reasonable attorneys' fees, and disbursements in this action against Defendant pursuant to 17 U.S.C. § 505;

37. Enter preliminary and permanent injunctions providing that Defendant shall deliver to Masterfile all copies of the infringing work, and the derivative work, and all other materials containing such infringing copies in the Defendant's possession, custody, or control, for destruction;

38. Enter preliminary and permanent injunctions providing that Defendant shall deliver to Masterfile accountings identifying each recipient of any infringing works;

39. Enter preliminary and permanent injunctions enjoining Defendant from engaging in any further acts of copyright infringement of Masterfile's Image; and

40. Grant Plaintiff all other and further relief, in law or in equity, to which

plaintiff shows itself to be justly entitled.

Masterfile further prays that, on final trial, the Court award to Masterfile all elements of damage set forth herein against Defendant for Plaintiff's damages, attorneys' fees and costs, interest, court costs, and to enjoin Defendant from further use of Masterfile's Image, that this matter go hence without delay, and for such other and further relief, both special and general, at law and in equity, to which the Plaintiff may show to be justly entitled.

## JURY DEMAND

Masterfile respectfully requests that when this case proceeds to trial, it be placed on the Court's jury trial docket.

Respectfully submitted,

The Pam Rea Law Firm, PLLC

＿＿/s/ *Pam Rea*＿＿＿＿＿＿＿＿
Pam Rea
Texas Bar No. 00792790
Federal Id. No. 20799
4126 Southwest Frwy, Suite 720
Houston, Texas 77027
(281) 652-5706
(713) 782-5002 – Facsimile
Email: pamrea@pamrealaw.com

**Attorney in Charge
for Masterfile Corporation**

9

**EXHIBIT A**

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-166-519

EFFECTIVE DATE OF REGISTRATION
SEPT 20 2002

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1. TITLE OF THIS WORK ▼**
Group Registration for Automated Database entitled www.masterfile.com

**NATURE OF THIS WORK ▼** See Instructions
Updates from July 19, 2002 to September 19, 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative publication date: September 19, 2002 (bi-monthly revisions)
If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2. NAME OF AUTHOR ▼**
a  Masterfile Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map             ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph      ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Revised compilation of photographs and 2-dimensional art

**NAME OF AUTHOR ▼**
b  See 3 continuation sheets attached

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map             ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph      ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3.**
a  **Year in Which Creation of This Work Was Completed**
2002   Year   This information must be given in all cases.

b  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month Sept.   Day 19   Year 2002
Canada & USA   Nation

**4. COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

copyright assigned contractually

APPLICATION RECEIVED
SEP 20, 2002
ONE DEPOSIT RECEIVED
SEP 20 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

10

EXAMINED BY Vg

FORM VA

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
VA 1-108-991                                                    2001

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered database

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated bi-monthly
New photographs and new 2-dimensional art

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

Area code and daytime telephone number  (416) 929-3000      Fax number  416) 929-9623
Email  kburgess@masterfile.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation / Kathy Burgess, Corporate Secretary        Date  Sept. 19, 2002

Handwritten signature (X) ▼
X  K. Burgess

**8**

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM VA____/CON**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

VA 1-166-519

PA | | | TX | XU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

SEPT 20 2002
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
SEP 20 2002

Page __3__ of __8__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada   M4W3R8

## B — Continuation of Space 2

**d**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):  ☐ Space 1  ☐ Space 4  ☒ Space 6  (Space 2) Page 1 of 3 pages

Image range: 700-087051 to 700-093785

**C** Continuation of other Spaces

### NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Alberstat | Michael | | X | No |
| Anderson | Bob | X | X | No |
| X Andrews | J. David | | X | No |
| Apkarian | Puzant | | X | No |
| Arsenault | Pierre | | X | No |
| Bailey | Janet | | X | No |
| Barker | Keate | X | X | No |
| Barrett | Peter | X | X | No |
| Benard | Joel | | X | No |
| Benson | Daryl | X | X | No |
| Birnbach | Allen | | X | No |
| Black | Garry | X | X | No |
| Boden/Ledingham | Rick&Marilyn | X | X | No |
| Bruel | Jean-Yves | X | X | No |
| Burazin | Tom & Becky | X | X | No |
| Christopher | Peter | X | X | No |
| Collicott | Tom | X | X | No |
| Contorakes | George | X | X | No |
| Craft | Steve | | X | No |
| Davey | Allan | X | | No |
| Davies | Ken | X | X | No |
| Dazzo | Jason | | X | No |
| DesRochers | Simon | X | X | No |
| Dobel | Mike | X | X | No |
| Dodge | Kevin | | X | No |
| Edelsten | Owen | X | X | No |
| Eekhoff | Paul | X | X | No |
| Ertman | Miles | X | X | No |
| Fehling | Ron | | X | No |
| Feiler | Tom | | X | No |
| Findlay | Susan | | X | No |
| Finlay | Kathleen | | X | No |
| Fischer | Rick | X | | No |
| Foster | Janet | | X | No |
| Foster | John | | X | No |
| Fleming | Bruce | | X | No |
| French | Graham | X | X | No |

Certificate will be mailed in window envelope to this address:

Name ▼ Masterfile Corporation
Number/Street/Apt ▼ 175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼ Toronto, Ontario, Canada  M4W 3R8

**D**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

June 1999—20,000  WEB REV: June 1999  ⓟ PRINTED ON RECYCLED PAPER

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** VA____ /CON
UNITED STATES COPYRIGHT OFFICE
REGISTRATI...

VA 1-166-519

...SE|SH|SR|TX|TXU|VA|VAU

EFFECTIVE DATE OF REGISTRATION

SEPT 20 2002
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
SEP 20 2002

Page  5  of  8  pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada  M4W3R8

**B** Continuation of Space 2

**d**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the



CONTINUATION OF (Check which):  ☐ Space 1   ☐ Space 4   ☐ Space 6   (Space 2) Page 2 of 3 pages

Image range: 700-087051 to 700-093785

**C** Continuation of other Spaces

### NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Frkovic | Damir | X | X | No |
| Frymire | Bill | X | X | No |
| Gelberg | Bob | | X | No |
| Gifford | Ed | | X | No |
| Gilchrist | Scott | X | X | No |
| Good | Nora | X | X | No |
| Green Project | | | X | Yes |
| Grenier | Guy | X | X | No |
| Griffith | Peter | | X | No |
| Hall | David P. | | X | No |
| Hursey | Dana | X | X | No |
| Johnston | Chad | | X | No |
| Judd | Andrew | X | | No |
| Karageorge | Jim | | X | No |
| Karpa | Robert | X | X | No |
| Klemm | Horst | | X | No |
| Knox | Elizabeth | X | X | No |
| Kolb | Andrew | X | X | No |
| Kraulis | J.A. | X | X | No |
| Kuhlmann | Brian | X | X | No |
| Lavery | Peter | | X | No |
| Lecorre | Darrell | | X | No |
| Lee | John | | X | No |
| Lim | Dan | X | X | No |
| Lincks | Randy | | X | No |
| Lloyd | R. Ian | | X | No |
| Mahovlich | Michael | X | X | No |
| Martin | Alison Barnes | / | X | No |
| Maude | Jeremy | | X | No |
| McElcheran | Chris | X | X | No |
| McKim | Andrew | X | X | No |
| Mendelsohn | David | X | X | No |
| Minsart | Raoul | | X | No |
| Mooney | Gail | X | X | No |
| Muir | David | X | X | No |
| Neale | Keith | X | X | No |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada M4W 3R8

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

June 1999—20,000     ♻ PRINTED ON RECYCLED PAPER

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM VA____/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-166-519

EFFECTIVE DATE OF REGISTRATION

SEPT  20  2002
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
SEP 20 2002

Page __7__ of __8__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  Group Registration for Automated Database entitled www.masterfile.com

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Masterfile Corporation
  175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada  M4W3R8

## B — Continuation of Space 2

**d**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the*

CONTINUATION OF (Check which): ☐ Space 1   ☐ Space 4   ☐ Space 6   (Space 2) Page 3 of 3 pages

Image range: 700-087051 to 700-093785

**C** Continuation of other Spaces

NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Noton | David | | X | No |
| Normandin | Albert | | X | No |
| Olney | Andrew | X | X | No |
| Ooms | Roy | X | X | No |
| Patterson | Freeman | | X | No |
| Pieters | Brian | X | X | No |
| Pytlowany | Alec | X | X | No |
| Rainey | Wayne | | X | No |
| Rhijnsburger | Gary | | X | No |
| Robertson | Dave | X | X | No |
| Roman | Min | | X | No |
| Rostron | Philip | X | X | No |
| Salmeron | Miguel | X | X | No |
| Sanders | Dale | X | X | No |
| Schmidt | David | | X | No |
| Schmidt | Eric | | X | No |
| Sidman-Moore | Randi | | X | No |
| Simhoni | George | X | X | No |
| Smith | Richard | | X | No |
| Stott | Greg | X | X | No |
| Stroud | Ron | X | X | No |
| Sutton | Lloyd | X | X | No |
| Tomalty | Mark | X | X | No |
| Tremblay | Pierre | X | X | No |
| TSUYOI | | | X | No |
| Tysick | Scott | X | | No |
| Valiquet | Carl | X | X | No |
| Vaughn | Marc | | X | No |
| Wardell | James | X | | No |
| Whylie | Karen | X | X | No |
| Wilson | Dale | X | X | No |
| Wright | Paul | X | X | No |
| Wrobleski | Brad | | X | No |
| Yan | Wei | X | X | No |
| Young | Robert George | X | X | No |

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation
Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

June 1999—20,000   ♻ PRINTED ON RECYCLED PAPER

17